# Morgan Lewis

**Brendan T. Killeen**
+1.212.309.6712
brendan.killeen@morganlewis.com

May 21, 2021

> The application is GRANTED. By **June 16, 2021**, Defendant shall answer, move or otherwise respond to the Complaint. The parties' attention is directed to the requirement for pre-motion letters per the Individual Rules.
>
> SO ORDERED
>
> Dated: May 24, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Weintraub v. JPMorgan Chase Bank, N.A.</u>
     <u>Case No. 21-cv-04491-LGS</u>

Your Honor:

We represent Defendant JPMorgan Chase Bank, N.A. in the above-referenced matter. Pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases, we write to respectfully request an extension of time until June 16, 2021 to respond to Plaintiff's Complaint. Defendant's current deadline to respond to Plaintiff's Complaint is May 26, 2021.

Our firm was recently retained in this action and Defendant requests this extension to permit it an opportunity to fully investigate the allegations in the Complaint and ensure that it has sufficient time to prepare a fulsome response. This is the first request for an extension of time in this matter and Plaintiff does not object to the request. The extension will not affect any other deadlines in this case.

We thank the Court in advance for its consideration of this request.

Sincerely,

*/s/ Brendan T. Killeen*

Brendan T. Killeen

c:  James S. Kaplan, Esq. (Via E-Mail)