UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ALAN MARK WEINTRAUB, :
                           Plaintiff, :
: 21 Civ. 4491 (LGS)
-against- :
: ORDER
:
JP MORGAN CHASE BANK, N.A., et al., :
                           Defendants. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants filed a motion to dismiss certain claims from Plaintiff's Amended Complaint on August 2, 2021.  If the motion is granted, the scope of discovery in the case will be significantly narrowed.

    WHEREAS, a court can stay discovery *sua sponte*.  See *Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 96 (2d Cir. 2012) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." (alteration in original) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936))); *Graduation Sols., LLC v Acadima, LLC*, No. 17 Civ. 1342, 2018 WL 10398566, at *1 (D. Conn. June 21, 2018) ("A court has authority to, *sua sponte*, stay discovery and limit the scope pursuant to Rule 26(b)(2)(C).").  It is hereby

    **ORDERED** that, in light of the motion to dismiss, (i) discovery is **STAYED** on all claims other than the Amended Complaint's Count III and (ii) all conferences are **CANCELED**.

Dated:  August 3, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE