```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALAN MARK WEINTRAUB,

                        Plaintiff,                        21-CV-04491 (LGS)

   -against-                                              **ORDER**

JP MORGAN CHASE BANK, N.A.,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On November 9, 2021, the Honorable Lorna G. Schofield assigned this matter to my docket for settlement. By November 17, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      November 10, 2021
                New York, New York