```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALAN MARK WEINTRAUB,

                                Plaintiff,

              -against-

JP MORGAN CHASE BANK, N.A., et al.,

                              Defendants.

-----------------------------------------------------------------X

21-CV-04491 (LGS)(SN)

<u>SETTLEMENT CONFERENCE ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Monday, December 6, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, November 29, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

Dated:      November 15, 2021
                New York, New York