UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN MARK WEINTRAUB,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.: 1:21 - cv - 4491 |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, NY
       January 12, 2022

By: _____
James S. Kaplan
Greenberg & Kaplan LLP
390 Fifth Avenue, Suite 900
New York, NY 10018

*Attorneys for Plaintiff*

By: _____
Brendan T. Killeen
Hanna E. Martin
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

*Attorneys for Defendant*